NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TINA M. WILSON,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2014-3135

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-10-0706-B-1.

---

## JUDGMENT

---

ROBERT EDWARD DESO, JR., Deso & Buckley, P.C., Washington, DC, argued for petitioner.

JANE C. DEMPSEY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court